# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

United States of America )
v. )
MARCUS REY WILLIAMS ) Case No. 18-CR-101-10
)
)
)
)

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* MARCUS REY WILLIAMS ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☑ Order of the Court

This offense is briefly described as follows:

Date: 01/23/2019

Eric Sobieski, Deputy Clerk
*Issuing officer's signature*

City and state: Philadelphia, PA

Kate Barkman, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 1-23-19 , and the person was arrested on *(date)* 2-18-19
at *(city and state)* 7L .

Date: 2-18-19

USM
*Arresting officer's signature*

*Printed name and title*