IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| MARCUS REY WILLIAMS | : | NO. 18-101-10 |

## ORDER

**AND NOW** this 12th day of July, 2021, for the reasons stated on the record a Bail Review hearing on July 7, 2021, it is hereby **ORDERED** that the conditions of pretrial release are modified as follows: Beginning as soon as arrangements can be made Defendant shall be placed on home detention with location monitoring and shall not leave his residence except for medical appointments or to attend religious services or other activities specifically approved by the Court.

All other conditions of pretrial release shall remain in effect.

BY THE COURT:

_____
GENE E.K. PRATTER
United States District Judge