PS 8
Rev. 10/2005

# UNITED STATES DISTRICT COURT
# for the
# EASTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Marcus Rey Williams            Docket No. 2:18CR-00101-10

Petition for Action on Conditions of Pretrial Release

COMES NOW, Tamika Baxley, U.S. Pretrial Services Officer, presenting an official report upon the conduct of Marcus Rey Williams, who was placed under pretrial release supervision by the Honorable Carol Sandra Moore Wells sitting in the Court at Philadelphia, on March 5, 2019, under the following conditions:

1. Defendant shall report as directed to Pretrial Services.
2. Defendant shall attend mental health services under the guidance and supervision of Pretrial Services.
3. Defendant shall submit to random drug testing as directed by Pretrial Services.
4. Defendant shall refrain from excessive use of alcohol or from any use of a narcotic drug or other controlled substance, as defined in Section 102 of the Controlled Substances Act, 21 U.S.C. § 802, without a prescription by a licensed medical practitioner.
5. Defendant shall undergo drug/alcohol treatment if necessary, as determined by Pretrial Services.
6. Defendant shall surrender and/or refrain from obtaining a passport.
7. Travel is restricted to the Eastern District of Pennsylvania, unless prior permission is granted by Pretrial Services.
8. Defendant shall surrender and/or refrain from obtaining any firearms.
9. Defendant shall have no contact with co-defendants, potential witnesses in this case, or individuals engaged in criminal activity.
10. Defendant must reside at an address approved by Pretrial.
11. Defendant shall reside at a Residential Recovery Center as determined by Pretrial Services; all other conditions of bail remain in effect (this condition was added by Your Honor on January 10, 2020).

Respectfully presenting petition for action of Court and for cause as follows:

1. On January 10, 2020, Your Honor signed a petition for action of conditions of pretrial releasee adding the requirement that the defendant shall reside at a residential recovery center as determined by Pretrial Services.

2. On January 13, 2020, the defendant was placed at the Gibson Foundation Recovery House as a full-time resident.

3. On March 30, 2021, Gibson Foundation Recovery House Manager Dennis Polk telephoned Pretrial Services to report that the defendant admitted to smoking methamphetamine and that he deviated from his approved designation.

4. On April 16, 2021, Gibson Foundation Recovery House Manager Dennis Polk emailed Pretrial Services to report that the defendant admitted to using methamphetamine two days prior. The defendant was instructed to enroll into an inpatient treatment program.

5. On April 19, 2021, Pretrial Services conducted a site visit with the defendant and Gibson Foundation Recovery House Manager Dennis Polk at the recovery house. During that meeting, the defendant admitted to relapsing to methamphetamine use on April 18, 2021. Mr. Williams admitted to using illicit substances on the property of the Gibson Foundation Recovery House. As a result, the defendant was placed on lock down until Pretrial Services was able to arrange placement into an inpatient treatment program.

6. On April 21, 2021, the defendant was transported from Gibson Foundation Recovery House to the Self Help Movement inpatient treatment program, located at 2600 Southampton Road, Philadelphia, PA.

7. On May 24, 2021, Mr. Williams successfully completed inpatient treatment and was reduced to Phase 2 of the Self Help, Inc. program, which includes an onsite recovery house that allows the defendant to go out into the community for approved appointments.

8. On June 21, 2021, Pretrial Services received a telephone call from Therapist Stephen Steinberger, Self Help Movement, Inc., advising that the defendant was being unsuccessfully discharged from Self Help Movement Inc. recovery house for continuing to use drugs. He further indicated that the defendant relapsed to drug use on two occasions, took no accountability for his actions and continued to make excuses for his behavior. Specifically, the discharge summary pointed out that the defendant tested positive for illicit substances on 5/17/21, 6/16/21 and admitted to new use on 6/17/21. Therapist Steinberger confirmed that the defendant tested positive for methamphetamines

9. On June 23, 2021, the defendant was unsuccessfully discharged from Self Help Movement, Inc. and transported to another recovery house, Southwest NuStop, located at 5616 Woodland Avenue, Philadelphia, PA. As of this writing, Pretrial Services has confirmed that the defendant arrived at Southwest NuStop, and the undersigned scheduled a site visit for June 29, 2021.

10. In summary, the defendant has demonstrated the inability to abide by this Court's release Order and remain drug free. He has benefited from different treatment modalities arranged and funded by Pretrial Services. His noncompliant behavior elevates his risk of nonappearance and danger to the community. Mr. Williams is pending sentencing before Your Honor, presently scheduled for October 7, 2021.

11. On July 7, 2021, the defendant appeared before Your Honor for a bail review hearing. During that hearing, Your Honor recommended the defendant be placed into a long term inpatient treatment facility.

PRAYING THAT THE COURT WILL ORDER the defendant shall attend inpatient treatment at the direction and discretion of Pretrial Services. AUSA Jason Bologna and Defense Counsel, Benjamin B. Cooper, were provided copies of this petition for action on conditions of release.

ORDER OF COURT

Considered and ordered this 12th day of July, 2021 and ordered filed and made a part of the records in the above case.

_____
The Honorable Gene E.K. Pratter
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

_____
Tamika L. Baxley
Intensive Supervision Specialist

Place: Philadelphia
Date: July 9, 2021