IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO. 18-101-10 |
| : | |
| MARCUS REY WILLIAMS : | |

## **O R D E R**

AND NOW, this _____ day of August, 2021, upon consideration of the Government's Motion to Unseal, it is hereby

## **O R D E R E D**

that the government's motion be, and hereby is, GRANTED, and that the Transcript of the Change of Plea hearing in this matter is hereby temporarily, **UNSEALED**.

BY THE COURT:

_____
HONORABLE GENE E.K. PRATTER
*United States District Court Judge*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 18-101-10 |
| | : | |
| MARCUS REY WILLIAMS | : | |

**GOVERNMENT'S MOTION TO TEMPORARILY UNSEAL TRANSCRIPT**

The United States of America, by its attorneys, Jennifer Arbittier Williams, Acting United States Attorney for the Eastern District of Pennsylvania, and Jason P. Bologna, Assistant United States Attorney for the district, respectfully represents:

1. On March 9, 2020, the government presented a Change of Plea in this matter, wherein the Transcript was filed under seal.

2. The government is requesting that the Transcript of the Change of Plea hearing be temporarily unsealed for the limited purpose of obtaining a copy of the guilty plea colloquy.

WHEREFORE, the government respectfully requests that its motion be granted and that the Transcript of the Change of Plea be temporarily unsealed.

Respectfully submitted,

JENNIFER ARBITTIER WILLIAMS
Acting United States Attorney


*/s/ Jason P. Bologna*
JASON P. BOLOGNA
Assistant United States Attorney

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the Government's Motion to Unseal has been served on below counsel by e-mail, and by ECF filing.

Benjamin Cooper, Esq.
Attorney for Marcus Rey Williams

*/s Jason P. Bologna*
Assistant United States Attorney

Date:   August 26, 2021