PS 8
Rev. 10/2005

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Marcus Rey Williams　　　　　　　　　　　　　　　Docket No. 2:18CR-00101-10

Petition for Action on Conditions of Pretrial Release

　　　　COMES NOW, Tamika Baxley, U.S. Pretrial Services Officer, presenting an official report upon the conduct of Marcus Rey Williams, who was placed under pretrial release supervision by the Honorable Carol Sandra Moore Wells sitting in the Court at Philadelphia, on March 5, 2019, under the following conditions:

1. Defendant shall report as directed to Pretrial Services.
2. Defendant shall attend mental health services under the guidance and supervision of Pretrial Services.
3. Defendant shall submit to random drug testing as directed by Pretrial Services.
4. Defendant shall refrain from excessive use of alcohol or from any use of a narcotic drug or other controlled substance, as defined in Section 102 of the Controlled Substances Act, 21 U.S.C. § 802, without a prescription by a licensed medical practitioner.
5. Defendant shall undergo drug/alcohol treatment if necessary, as determined by Pretrial Services.
6. Defendant shall surrender and/or refrain from obtaining a passport.
7. Travel is restricted to the Eastern District of Pennsylvania, unless prior permission is granted by Pretrial Services.
8. Defendant shall surrender and/or refrain from obtaining any firearms.
9. Defendant shall have no contact with co-defendants, potential witnesses in this case, or individuals engaged in criminal activity.
10. Defendant must reside at an address approved by Pretrial Services.
11. Defendant shall reside at a Residential Recovery Center as determined by Pretrial Services; all other conditions of bail remain in effect (this condition was added by Your Honor on January 10, 2020).
12. Beginning a soon as arrangements can be made, Defendant shall be placed on home detention with location monitoring and shall not leave his residence except for medical appointments or to attend religious services or other activities specifically approved by the Court. All other conditions or pretrial release shall remain in effect *(this condition was added by Your Honor on July 12, 2021)*.

　　　　Respectfully presenting petition for action of Court and for cause as follows:

1. Since the last Bail Violation hearing on October 26, 2021, Mr. Williams's adjustment to bail supervision has been poor as he continues to struggle with his drug addiction.

2. After the last Bail Violation Hearing, Pretrial Services allowed the defend to handle his relapses and treatment issues with placement into inpatient treatment and recovery houses, with no success.

3. As previously reported to the Court, on November 10, 2021, the defendant tested positive for methamphetamine.

4. On November 16, 2021, during a collateral personal home visit at the recovery house, located at 900 North 41st Street, Philadelphia, PA, Pretrial Services spoke with Randy, one of the residents. Mr. Randy advised Pretrial Services that the home was no longer considered a "recovery house" and was more of a housing unit for homeless individuals. Mr. Williams had been previously told by the Court that he must reside in a recovery house, but he neglected to advise Pretrial Services of his living situation at his home.

5. As previously reported to the Court, on January 5, 2022, Mr. Williams tested positive for cocaine. During that visit, the defendant reported using due to the lack of structure at his residence and because he felt pressured to use by the other residents. On January 6, 2022, the defendant was referred to Gaudenzia Inpatient Treatment. He successfully completed inpatient treatment on February 25, 2022 and was transported to the Rainbow House Recovery Center, an LGBTQIA recovery house.

6. On March 23, 2022, Pretrial Services received an email from Iesha Bracey, Rainbow Recovery House Manager, reporting the defendant submitted a positive methamphetamine urine test, the week prior (but was confirmed on 3/23/22). During a three-way telephone conference with the defendant, he admitted to using methamphetamine, going to an ex-lover's house and becoming intimate with that individual. The defendant was placed on a 30-day behavior modification/restriction and only allowed to leave the house for treatment, medical appointments and scheduled office visits with the Pretrial Services Office.

7. On April 18, 2022, Pretrial Services received an email from Iesha Bracey, Rainbow Recovery House Manager, reporting the defendant tested positive for cocaine on April 13, 2022, while under a 30-day behavioral contract and on the same date that he was given a location monitoring schedule to leave the residence for an eye appointment. The defendant diverted away from his approved location monitoring schedule and relapsed to cocaine use.

8. On April 22, 2022, the defendant was referred back to Gaudenzia Outreach inpatient treatment facility to address his relapse to cocaine use on April 13, 2022 and poor coping skills. On May 11, 2022, Mr. Williams will successfully complete inpatient treatment and be transported back to the Rainbow Recovery House. He will resume intensive outpatient treatment with Stop and Surrender, Inc.

PRAYING THAT THE COURT WILL ORDER a bail violation hearing be scheduled, at the Court's earliest convenience.

ORDER OF COURT

Considered and ordered this 12th day of May, 2022 and ordered filed and made a part of the records in the above case.

_____
The Honorable Gene E.K. Pratter
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

_____
Tamika L. Baxley
Intensive Supervision Specialist

Place: Philadelphia
Date: May 11, 2022