IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL / MAGISTRATE |
| | : | |
| v. | : | |
| | : | |
| MARCUS REY WILLIAMS | : | NO.  18-CR-101-10 |

## BAIL STATUS ORDER

After a hearing held this day pursuant to the Federal Rules of Criminal Procedure, or as otherwise indicated, the following ORDERS were issued:

**A. Counsel**

☐ Defendant MOVED for appointed counsel.  Following a colloquy on Defendant's financial qualifications, IT IS ORDERED that the Motion is GRANTED.  The [Federal Community Defender Office or Name of Attorney from CJA Panel, Esq.], IS APPOINTED to represent Defendant.

**B. Detention/Release**

☐ The Government MOVED for detention and a continuance to prepare its detention motion.  The Motion is GRANTED, and Defendant is detained pending a hearing on the Government's detention motion.  A detention and [arraignment/preliminary hearing] will take place on [date.]

☐ The Government MOVED for detention and Defendant stipulated to detention.  For the reasons stated on the record, the Court accepts Defendant's stipulation, and the Motion is GRANTED.  Defendant is DETAINED pending further proceedings.

☐ Following a hearing, and for the reasons stated on the record, the Government's Motion for Detention is GRANTED.  Defendant is DETAINED pending further proceedings.

☐ Following a hearing, and for the reasons stated on the record, the Government's Motion for Detention is DENIED.  See attached Conditions of Release Order.

☒ The Government and Defendant have agreed to conditions of release.  For the reasons stated on the record, the Court approves the conditions.  See attached Conditions of Release Order.
☐ The Government's prior oral or written Motion for Detention is DENIED as moot.

**C. Probable Cause (for Complaints and Probation/Supervised Release Violations)**
☒ The Defendant stipulated to probable cause.  Upon independent review, the Court accepts the stipulation and makes a finding of probable cause.

☐ Following a hearing, probable cause was found by the Court.

☐ Following a hearing, the Court found <u>no</u> probable cause.  The charges are DISMISSED.

**D. Arraignment/Brady**
☐ Defendant pleaded Not Guilty to All Count(s).  Parties have 14 days to file pretrial motions.

☐The United States is obligated, pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963), *Giglio v. United States*, 405 U.S. 150 (1972), and subsequent cases, to timely disclose information favorable to the defense as to criminal liability on the charged offense(s) or mitigation of any punishment that may be imposed. Such favorable information includes information that may cast doubt on the credibility of government witnesses. Possible consequences for violating this order include exclusion of evidence, dismissal of charges, contempt proceedings, disciplinary referral, and any other relief authorized by law.

**E. Charges Arising in Non-Arrest District (Rule 5(c)(2))**

☐Defendant stipulated to identity, or

☐Defendant was found to be the person named in the warrant, **and**

☐Defendant has no right to a preliminary hearing because he was indicted, or

☐Probable cause was found,

☐Defendant has a right to a preliminary hearing, but elected to have the hearing in the charging district; **and**

☐Defendant was released or ordered detained in section B above, or

☐The Government MOVED for Detention and Defendant elected to have his detention hearing in the charging district.  The Government's Motion is GRANTED and Defendant is detained pending a detention hearing in the charging district.

☐The Government ☐has <u>not</u> proved that defendant is the person named in the warrant.  Defendant is RELEASED.

☐ The Court found <u>no</u> probable cause.  The charges are DISMISSED.

**G. Violation of Bail Conditions (18 U.S.C. § 3148)**

☐The Government's Motion to Revoke Bail is DENIED.
  ☐See attached Conditions of Release Order, or
  ☐Conditions of Release remain as previously set.

☐The Government's Motion to Revoke Bail is GRANTED.  Bail is REVOKED and Defendant is detained.

☐Defendant is detained pending a final revocation hearing before Judge [name.]

**H. Other**

☐During the hearing the [Government /Defendant] MOVED to continue the [detention hearing/preliminary hearing/arraignment.]  The motion is [GRANTED or DENIED.]  The hearing will take place on [date.]

☐Prior to the scheduled hearing, the court received a request by [telephone/email/letter] from the [Government/Defense] to continue the [detention hearing/preliminary hearing/arraignment.]  The request is treated as a MOTION, and upon consideration, IT IS ORDERED that the Motion is [GRANTED/DENIED.]  The hearing will take place on [date.]

☐The [Government/Defendant] MOVED for a competency assessment.  The motion is [GRANTED/DENIED.]  See separate order.

☐Following a hearing, Defendant was found [competent/not competent] to proceed to trial.  See separate order.

☐Other

BY:

/s/ Lynne A. Sitarski

_____
LYNNE A. SITARSKI
United States Magistrate Judge
Dated: 3/03/2025

(Form revised 11/2024)